170 A.3d 948

STATE OF NEW JERSEY, PLAINTIFF, v. RENANDO SHEFFIELD, A/K/A RENANDO SHEFIELD, RENALDO SCHEFFIELD, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF, v. JARRELL BORDEAUX, A/K/A JERRELL BORDEAUX, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARC RAINEY, A/K/A MARC MCCULLUM, DEFENDANT-PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1478/3626/5254–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.